**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-07-482 |
| | § | |
| | § | |
| | § | |
| TUAN ANH NGUYEN | § | |

### O R D E R

Defendant filed an unopposed motion for continuance, (Docket Entry No. 12).

The court finds that the interests of justice are served by  granting  this continuance and that

those interests outweigh the interests of the public and the defendant in a speedy trial. The

motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions to be filed by: | **May 27, 2008** |
| Responses to be filed by: | **June 9, 2008** |
| Pretrial conference is reset to**:** | **June 16, 2008, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 23, 2008, at 9:00 a.m.** |

SIGNED on April 22, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge